THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN K. REYNOLDS,<br><br>            Plaintiff,<br><br>   v.<br><br>DR. CLARK, et al.,<br><br>            Defendants. | CASE NO. C12-0748-JCC<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation (Dkt. No. 4) is ADOPTED;

(2) Plaintiff's proposed 42 U.S.C § 1983 action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted, 28 U.S.C. § 1915A(b)(1);

(3) Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED as moot; and

//

//

//

ORDER OF DISMISSAL
PAGE - 1

(4) The Clerk of Court is directed to send copies of this Order to Plaintiff and to Magistrate Judge Mary Alice Theiler.

DATED this 1st day of June 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2